IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Michael R. Culp, Suzanna K. Culp, Joseph F. Giacometti, Maryanne Giacometti, and Wineot, Inc., ) ) ) ) | |
| Plaintiffs, ) | C.A. No. 6:06-2982-HMH |
| ) | **OPINION & ORDER** |
| vs. ) ) | |
| The Grape Franchise Group, LLC, a Georgia Limited Liability Company, Jack Mazur, individually, and Martin Thallman, individually, ) ) ) ) ) | |
| Defendants. ) | |

The Grape Franchise Group, LLC is hereby ordered to inform the court of the citizenship of all of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004). The Grape Franchise Group, LLC is ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
October 23, 2006